UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Krissy Ann Gorski,<br><br>   Plaintiff,<br><br>v.<br><br>Mistelle Starr, Michael Segal and Andre Matevousian,<br><br>   Defendants. | Case No. 22-cv-2346 (WMW/TNL)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is the December 8, 2022 Report and Recommendation (R&R) of United States Magistrate Judge Tony N. Leung. (Dkt. 7.) No objections to the R&R have been filed. In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The December 8, 2022 Report and Recommendation, (Dkt. 7), is **ADOPTED**.

2. Petitioner Krissy Ann Gorski's petition, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 5, 2023

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge